Ronald R. Peterson, et al.
v. Renee Lewis, et al.
_____
Plaintiff v Defendant

Adv Proc No: **19-00415**

# CERTIFICATE OF SERVICE

I, __Ariane Holtschlag__, certify that service of this summons and a copy of the complaint was made __5/4/2020__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Kesner-Lewis Revocable Trust, dated April 2, 2012, c/o Matthew Kesner, Trustee, 4401 Braeburn Rd., San Diego, CA 92116
Kesner-Lewis Revocable Trust, dated April 2, 2012, c/o Renee Lewis, Trustee, 4401 Braeburn Rd., San Diego, CA 92116
cc: Zoran Balac, Blackacre Law Group LLC, via email at zbalac@blackacrelawyers.com

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service: By sending the process by certified mail addressed to:
Kesner-Lewis Revocable Trust, dated April 2, 2012, c/o Matthew Kesner, Trustee, 4401 Braeburn Rd., San Diego, CA 92116
Kesner-Lewis Revocable Trust, dated April 2, 2012, c/o Renee Lewis, Trustee, 4401 Braeburn Rd., San Diego, CA 92116

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/11/2020__     Signature __/s/ Ariane Holtschlag__

Print Name: __Ariane Holtschlag__

Business Address: FactorLaw
105 W. Madison, Suite 1500
Chicago, IL 60602

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **17–09308**
**MACK INDUSTRIES, LTD**
                                    Debtor

Adversary Proceeding No. **19–00415**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR MACK INDUSTRIES, LTD.**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR OAK PARK AVENUE REALTY, LTD.**
                                     Plaintiff
v.
**KESNER–LEWIS REVOCABLE TRUST, DATED APRIL 2, 2012**
**WALLABY II, LLC**
                                     Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To:** KESNER–LEWIS REVOCABLE TRUST, DATED APRIL 2, 2012

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Ariane Holtschlag** |
| **105 W. Madison, Suite 1500** |
| **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 742** | **06/18/2020 at 10:45AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
05 / 04 / 2020

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012